No. 78–559. SOUTHERN PACIFIC TRANSPORTATION CO. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (McDOWELL ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 78–588. VAN WEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–637. GALANTE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–5026. NELSON ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5034. RUVIWAT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–5051. CARTER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 78–5061. GRAHAM *v.* OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 78–5077. BELL *v.* NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 78–5086. BUCKINGHAM *v.* THOMPSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 78–5121. MOORE *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 78–5134. CROWELL *v.* ZAHRADNICK, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 78–5167. CANET *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.